IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRYANT KEITH BROWN,

      Plaintiff,                        No. CIV S-10-0479 MCE EFB P

      vs.

D. BRASHER,

      Defendant.              <u>ORDER</u>

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On December 6, 2010, plaintiff filed a motion requesting that the court accept his exhibits for filing. Dckt. No. 19. Plaintiff need only submit exhibits/evidence if the course of litigation brings such evidence into question (for example, on a motion to compel, a motion for summary judgment, or at trial). This action is currently in the discovery stage, and the submission of evidence is premature. Plaintiff's request is therefore denied, as the court cannot serve as a repository for plaintiff's evidence.

      So ordered.

Dated: January 4, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE